Brett H. Ramsaur, Bar No. 281566
RAMSAUR LAW OFFICE
2183 Fairview Road, Suite 221
Costa Mesa, California 92627
Telephone:    949.200.9114
Facsimile:    714.835.8897
Email:    brett@ramsaurlaw.com

Counsel for the Debtor and
Debtor-in-Possession, The 17/21 Group, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THE 17/21 GROUP, LLC, a California limited liability company,<br><br>Debtor. | Case No. 2:18-bk-13300-RK<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL DAVIS** |

I, Michael Davis, declare as follows:

1. I am an attorney with the law firm Brutzkus Gubner Rozansky Seror Weber LLP ("BGRSW"), which is counsel of record for Milberg Factors of California, Inc. ("Milberg") in connection with the chapter 11 bankruptcy case filed by The 17/21 Group, LLC ("Debtor") and a lawsuit filed by Nobel Textile, Inc. ("Nobel") against Debtor and others (Superior Court of California, County of Los Angeles, Case No. BC689916) ("Nobel Action"). I am licensed to practice law in the State of California and am admitted to practice law before this Court.

2. I am over the age of eighteen and have personal knowledge of the information contained herein and if called upon to testify, I could and would competently testify thereto.

3. In the Nobel Action, after Nobel obtained a right to attach order, my office caused Milberg's Verified Third Party Claim of Superior Security Interest or Lien ("Third Party Claim")

to be filed and served. In response, Nobel filed a petition for a hearing on the Third Party Claim ("Petition"). A true and correct copy of the Petition is attached hereto as **Exhibit A**. The Third Party Claim is an exhibit to the Petition.

4. On March 15, 2018, Nobel served a notice of hearing relating to the Petition. A true and correct copy of the notice of hearing is attached hereto as **Exhibit B**.

5. On March 29, 2018, Nobel filed and served a notice of the Debtor's bankruptcy case in the Nobel Action ("Stay Notice"), which I received shortly thereafter. A true and correct copy of the Stay Notice is attached as **Exhibit C**. The Stay Notice provided, among other things, that Nobel believed the Nobel Action to be stayed as a result of the Debtor's bankruptcy case.

6. Thereafter, I had a series of email exchanges with Nico Tabibi ("Tabibi"), counsel for Nobel in the Nobel Action. I asked that he agree to take the hearing on the Third Party Claim off calendar because I believed such action was stayed by the Debtor's bankruptcy case, and explained to Tabibi that failing to do so may constitute a violation of the automatic stay by Nobel. True and correct copies of those emails are attached collectively hereto as **Exhibit D**. As set forth therein, Tabibi would not agree to take the hearing off calendar.

7. Based on Tabibi's refusal to take the hearing off calendar, and his further refusal to participate in a joint call to the Superior Court to determine if the hearing on the Third Party Claim could be taken off calendar by consent of the parties, and on April 2, 2018, I attended the hearing on the Third Party Claim. At that hearing, the Superior Court noted its receipt of the Stay Notice and indicated a willingness to take the Third Party Claim hearing off calendar. Tabibi argued that the hearing should be continued rather than taken off calendar. Ultimately, the Superior Court took the hearing off calendar and set a status conference for January 2019. A true and correct copy of the Notice of Ruling regarding the April 2 hearing is attached as **Exhibit E**.

8. On April 10, 2018, I sent a copy of my email exchange to Brett Ramsaur, counsel for Debtor. A true and correct copy of that email is included in the chain attached hereto as **Exhibit D**.

9. Milberg incurred $3,500 in attorney's fees and expenses in connection with the matters described herein. Additionally, at the request of Debtor's counsel, Milberg incurred an additional

$400 in attorney's fees in connection with this declaration, providing Mr. Ramsaur with the information and documents he has requested in connection herewith, and conferring with Mr. Ramsaur regarding the foregoing. Pursuant to various pre- and post- petition agreements with Debtor, these fees by were or will be charged to the Debtor and recouped by Milberg.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of October 2018, at Woodland Hills, California.

_____
Michael Davis

- 3 -    DECLARATION OF MICHAEL DAVIS