Brett H. Ramsaur, Bar No. 281566
RAMSAUR LAW OFFICE
2183 Fairview Road, Suite 221
Costa Mesa, California 92627
Telephone:    949.200.9114
Facsimile:    714.835.8897
Email:        brett@ramsaurlaw.com

Counsel for the Debtor and
Debtor-in-Possession, The 17/21 Group, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THE 17/21 GROUP, LLC, a California limited liability company,<br><br>Debtor. | Case No. 2:18-bk-13300-RK<br><br>Chapter 11<br><br>**DECLARATION OF BRETT H. RAMSAUR IN SUPPORT OF MOTION FOR ISSUANCE OF ORDER DIRECTING NOBEL TEXTILE, INC. AND ITS COUNSEL, NICO TABIBI OF LAW OFFICES OF NICO N. TABIBI, APC, TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY** |

I, Brett H. Ramsaur, declare as follows:

1.    I am over the age of 18 years and am an attorney licensed to practice law before all courts of the State of California as well as all federal districts in California. I am the principal lawyer of Ramsaur Law Office, counsel for The 17/21 Group, LLC, a California limited liability company, the debtor and debtor-in-possession herein (the "Debtor"). I submit this declaration in support of the Debtor's motion for issuance of an order directing Nobel Textile, Inc. and its counsel Nico Tabibi, to show cause why they should not be held in civil contempt for willful violation of the automatic stay. The facts set forth herein are based upon my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.     On January 12, 2018, Tabibi, on behalf of Nobel, initiated an action against the Debtor and its principal, Michael Geliebter, in Los Angeles County Superior Court, thereby commencing case no. BC689916 (the "Nobel Action").  In the Nobel Action, Nobel sought to collect an alleged prepetition debt of $21,394.15.

3.     As part of its prejudgment remedy strategy, Nobel and Tabibi sought and obtained, on an *ex parte* basis, a right to attach order and writ of attachment against the Debtor in the total amount of $31,394.15 (comprising $21,394.15 in principal and $10,000 in estimated attorneys' fees and costs).  Nobel thereafter levied the writ of attachment against the Debtor's assets, including its accounts receivable, and allegedly obtained an attachment lien under applicable law (the "Nobel Lien").

4.     Because of Nobel's attempts to enforce the Nobel Lien against the Debtor's assets, the Debtor's secured creditor, Milberg—who holds a perfected lien in the Debtor's assets, including receivables, from as early as 2009 (the "Milberg Lien")—intervened in the Nobel Action and filed a third-party claim to preserve its lien against Nobel's collection efforts.

5.     On March 5, 2018, Nobel filed a petition for a hearing on the merits of Milberg's third-party claim, which Nobel then set for hearing on April 2, 2018.  Nobel sought a determination regarding the competing lien rights of Milberg and Nobel and repeatedly argued that Milberg's claim lacked merit and was not supported by competent evidence.

6.     On March 26, 2018—one week prior to the hearing on Nobel's objection to Milberg's third-party claim—the Debtor filed a voluntary chapter 11 petition.

7.     On March 28, 2018, I directly notified Tabibi of the commencement of Debtor's bankruptcy case and insisted that he and Nobel cease all activities relating to the enforcement of the Writ of Attachment and the Nobel Lien.  A true and correct copy of my communication with Tabibi is attached hereto as **Exhibit 1**.

8.     On March 29, 2018, Tabibi confirmed that Respondents knew of the Debtor's bankruptcy case by filing a notice of bankruptcy stay in the Nobel Action but, notwithstanding the stay, Respondents insisted that the hearing on the third-party claim proceed.

1  9.  I and my firm have incurred no less than $6,083 in attorneys' fees and costs incurred to both defend the Debtor against Nobel's and Tabibi's violations of the automatic stay and also to prosecute the instant Motion for sanctions for civil contempt for such violations.  The total fees and costs figure herein represents only those fees and costs incurred through October 24, 2018.  I respectfully request and reserve the right to supplement the total fees and costs figure for any and all fees and costs incurred from and after October 25, 2018, to fully and finally prosecute this Motion and rectify Nobel's and Tabibi's conduct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 25th day of October 2018, at Costa Mesa, California.

/s/ Brett H. Ramsaur
Brett H. Ramsaur

- 3 -    DECLARATION OF BRETT H. RAMSAUR

# EXHIBIT 1

March 28, 2018 Communication with Tabibi

EXHIBIT 1 - RAMSAUR DECLARATION - Page 4

**From:** Brett Ramsaur brett@ramsaurlaw.com
**Subject:** The 17/21 Group, LLC - notice of bankruptcy filing
**Date:** March 28, 2018 at 7:25 PM
**To:** Nico Tabibi nico@tabibilaw.com



Nico—

The 17/21 Group, LLC (the "debtor") filed a voluntary chapter 11 petition in the United States Bankruptcy Court for the Central District of California, Los Angeles Division on March 26, 2018, thereby commencing case no. 18-13300.

Please take notice that this email constitutes formal notice of such bankruptcy filing. This email further constitutes written demand that you and your client, Nobel Textiles, immediately release, withdraw, discharge and otherwise cease any and all collection action against the debtor, including imposition and/or maintenance of any attachment liens. Please understand that failure to immediately cease and withdraw all attachment liens is a willful violation of the automatic stay. The debtor intends to pursue any and all available remedies attendant thereto in the event that Nobel Textiles further pursues any type of collection proceeding, including the failure to immediately release and withdraw the attachment liens.

Any questions, please call.

Thanks,

Brett Ramsaur
Ramsaur Law Office
1535 E. 17th Street, Suite 106
Santa Ana, California 92705
Office: 949.200.9114
Cell: 253.250.1312
brett@ramsaurlaw.com

This is an attempt to collect a debt. Any information obtained from you will be used for that purpose.

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please immediately notify us by telephone at 949.200.9114 and delete the original message. Thank you.

EXHIBIT 1 - RAMSAUR DECLARATION - Page 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2183 Fairview Road, Suite 221, Costa Mesa, CA 92627

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF BRETT H. RAMSAUR IN SUPPORT OF MOTION FOR ISSUANCE OF ORDER DIRECTING NOBEL TEXTILE, INC. AND ITS COUNSEL, NICO TABIBI OF LAW OFFICES OF NICO N. TABIBI, APC, TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 25, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; Hatty.Yip@usdoj.gov
Attorneys for Debtor: Brett Ramsaur: brett@ramsaurlaw.com
Interested Party Milberg Factors Inc.: Reagan E Boyce: rboyce@bg.law; ecf@bg.law
Creditor Nobel Textiles Inc.: Nico N Tabibi: nico@tabibilaw.com
Interested Party: Eric S Pezold: epezold@swlaw.com; kcollins@swlaw.com
Interested Party: Michael S Greger: mgreger@allenmatkins.com; kpreston@allenmatkins.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 25, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| The 17/21 Group, LLC | Nobel Textile, Inc. | Nico N. Tabibi |
| PO Box 1108 | Attn Masoud Enayati | Law Offices of Nico N. Tabibi, APC |
| Simi Valley, CA 93062-1108 | 721-A 9th Street | 9454 Wilshire Blvd. Penthouse 14 |
| *Debtor* | Los Angeles, CA 90021 | Beverly Hills, CA 90212 |
|  | *Agent for Service of Process* | *Attorneys for Nobel Textile, Inc.* |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 25, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert N. Kwan    Via Overnight Delivery
United States Bankruptcy Court
255 E Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 25, 2018 | Martha E. Araki | /s/ Martha E. Araki |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**